

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-20112 |
| Plaintiff, | |
| v. | Hon. Matthew F. Leitman<br>United States District Court |
| D-1   DONTESE WOODS a/k/a DOLLA, | Hon. Stephanie Dawkins Davis |
| D-2   JAMES WOODS a/k/a DUTY, | United States Magistrate Judge |
| D-3   ALBERT LEE a/k/a ALEE, | |
| D-4   DAMARIO HORNE-MCCULLOUGH a/k/a RIO, | |
| D-5   LARRY ELAM a/k/a LITTLE, | |
| D-6   MERCEDES DENNY a/k/a JUICY, | |
| D-7   CHRISTOPHER WILSON, a/k/a CASH, and | |
| D-8   TYREESE WILSON a/k/a TY, | |
| Defendants. | |

---

## SECOND SUPERSEDING INDICTMENT

---

**THE GRAND JURY CHARGES:**

### COUNT ONE
(21 U.S.C. §§ 846 and 841(a)(1))
**Conspiracy to Possess with Intent to Distribute and to
Distribute Cocaine Base and Heroin**

**D-1   DONTESE WOODS a/k/a DOLLA,**
**D-2   JAMES WOODS a/k/a DUTY,**
**D-3   ALBERT LEE a/k/a ALEE,**
**D-4   DAMARIO HORNE-MCCULLOUGH a/k/a RIO,**
**D-5   LARRY ELAM a/k/a LITTLE,**
**D-6   MERCEDES DENNY a/k/a JUICY,**
**D-7   CHRISTOPHER WILSON a/k/a CASH, and**

**D-8   TYREESE WILSON a/k/a TY,**

From a date unknown to the grand jury, but since at least May 2017, to on or about February 27, 2019, in the Eastern District of Michigan Dontese Woods a/k/a Dolla, James Woods a/k/a Duty, Albert Lee a/k/a Alee, Damario Horne-McCullough a/k/a Rio, Larry Elam a/k/a Little, Mercedes Denny a/k/a Juicy, and Christopher Wilson a/k/a Cash, Tyreese Wilson a/k/a TY, knowingly conspired and agreed together and with other persons, both known and unknown to the grand jury, to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1). The conspiracy as a whole involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all of which is attributable to each defendant as a result of their own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them.

All in violation of 21 U.S.C. § 846.

**COUNT TWO**
**(21 U.S.C. § 843(b))**
**Use of a Communication Facility**

**D-1   DONTESE WOODS a/k/a DOLLA**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, DONTESE WOODS a/k/a DOLLA, knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

**COUNT THREE**
**Use of a Communication Facility**
**(21 U.S.C. § 843(b))**

**D-2   JAMES WOODS a/k/a DUTY**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, JAMES WOODS a/k/a DUTY knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating

3

the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Counts One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

## COUNT FOUR
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-3   ALBERT LEE a/k/a ALEE**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, ALBERT LEE a/k/a ALEE knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

4

## COUNT FIVE
**Use of a Communication Facility
(21 U.S.C. § 843(b))**

**D-4   DAMARIO HORNE-MCCULLOUGH a/k/a RIO**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, DAMARIO HORNE-MCCULLOUGH a/k/a RIO knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

## COUNT SIX
**Use of a Communication Facility
(21 U.S.C. § 843(b))**

**D-5   LARRY ELAM a/k/a LITTLE**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, LARRY ELAM a/k/a LITTLE knowingly used and caused others to use

5

a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

### COUNT SEVEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-6 MERCEDES DENNY a/k/a JUICY**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, MERCEDES DENNY a/k/a JUICY knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

6

## COUNT EIGHT
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-7   CHRISTOPHER WILSON a/k/a CASH**

Beginning on a date unknown to the grand jury, but at least since December 2018, and continuing at least until February 15, 2019, in the Eastern District of Michigan, CHRISTOPHER WILSON a/k/a CASH knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

## COUNT NINE
### Possession with Intent to Distribute Cocaine Base
### (21 U.S.C. § 841(a))

**D-7   CHRISTOPHER WILSON a/k/a CASH**

On or about May 13, 2017, in the Eastern District of Michigan, the defendant, CHRISTOPHER WILSON a/k/a CASH, knowingly and intentionally possessed with intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

7

## COUNT TEN
### Possession with Intent to Distribute Cocaine Base
### (21 U.S.C. § 841(a))

**D-2   JAMES WOODS a/k/a DUTY**

On or about June 24, 2018, in the Eastern District of Michigan, the

defendant, JAMES WOODS a/k/a DUTY, knowingly and intentionally possessed

with intent to distribute a substance containing a detectable amount of cocaine

base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT ELEVEN
### Distribution of Heroin
### (21 U.S.C. § 841(a))

**D-1   DONTESE WOODS a/k/a DOLLA**

On or about July 31, 2018 in the Eastern District of Michigan, the defendant,

DONTESE WOODS a/k/a DOLLA, knowingly and intentionally distributed a

substance containing a detectable amount of heroin, a Schedule I controlled

substance, in violation of 21 U.S.C. § 841(a).

## COUNT TWELVE
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a))

**D-1   DONTESE WOODS a/k/a DOLLA**

On or about August 7, 2018 in the Eastern District of Michigan, the

defendant, DONTESE WOODS a/k/a DOLLA, knowingly and intentionally

distributed a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT THIRTEEN
### Possession with Intent to Distribute Cocaine Base
### (21 U.S.C. § 841(a))

**D-2   JAMES WOODS a/k/a DUTY**

On or about September 8, 2018, in the Eastern District of Michigan, the defendant, JAMES WOODS a/k/a DUTY, knowingly and intentionally possessed with intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT FOURTEEN
### Possession with Intent to Distribute Cocaine Base
### (21 U.S.C. § 841(a))

**D-1   DONTESE WOODS a/k/a DOLLA**

On or about January 5, 2019, in the Eastern District of Michigan, the defendant, DONTESE WOODS a/k/a DOLLA, knowingly and intentionally possessed with intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

9

## COUNT FIFTEEN
**Possession with Intent to Distribute Cocaine Base**
**(21 U.S.C. § 841(a))**

**D-6    MERCEDES DENNY a/k/a JUICY**

On or about January 17, 2019, in the Eastern District of Michigan, the

defendant, MERCEDES DENNY a/k/a JUICY, knowingly and intentionally

possessed with intent to distribute a substance containing a detectable amount of

cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT SIXTEEN
**Possession with Intent to Distribute Cocaine Base**
**(21 U.S.C. § 841(a))**

**D-6    MERCEDES DENNY a/k/a JUICY**

On or about February 4, 2019, in the Eastern District of Michigan, the

defendant, MERCEDES DENNY a/k/a JUICY, knowingly and intentionally

possessed with intent to distribute a substance containing a detectable amount of

cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT SEVENTEEN
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a))**

**D-6    MERCEDES DENNY a/k/a JUICY**

On or about February 4, 2019, in the Eastern District of Michigan, the

defendant, MERCEDES DENNY a/k/a JUICY, knowingly and intentionally

10

distributed a substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT EIGHTEEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a))

**D-4   DAMARIO HORNE-MCCULLOUGH a/k/a RIO,**

On or about February 4, 2019, in the Eastern District of Michigan, the

defendant, DAMARIO HORNE-MCCULLOUGH a/k/a RIO, knowingly and

intentionally distributed a substance containing a detectable amount of cocaine

base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## COUNT NINETEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-8   TYREESE WILSON a/k/a TY**

Beginning on a date unknown to the grand jury, but at least since December

2018, and continuing at least until February 15, 2019, in the Eastern District of

Michigan, TYREESE WILSON a/k/a TY, knowingly used and caused others to use

a communication facility, that is a telephone, in committing, causing, and facilitating

the commission of an act or acts constituting a felony under the Controlled

Substances Act, that is, conspiracy to possess with intent to distribute and to

11

distribute cocaine base and heroin, in violation of 21 U.S.C §§ 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of 21 U.S.C § 843(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Nineteen of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Second Superseding Indictment.

**THIS IS A TRUE BILL.**

Dated: <u>May 22, 2019</u>

<u>s/GRAND JURY FOREPERSON</u>

MATTHEW SCHNEIDER
United States Attorney

<u>s/CHRISTOPHER W. RAWSTHORNE</u>                <u>s/ANTHONY P. VANCE</u>
CHRISTOPHER W. RAWSTHORNE                ANTHONY P. VANCE
Assistant United States Attorney                Assistant United States Attorney
600 Church Street                Chief, Branch Offices
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Christopher.Rawsthorne@usdoj.gov

12

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>19-CR-20112 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

FILED

MAY 22 2019

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** CWR |

**Case Title:** USA v. <u>DONTESE WOODS a/k/a DOLLA, ET. AL.</u>

**County where offense occurred :** <u>GENESEE</u>

**Check One:**    ☑ **Felony**    ☐ **Misdemeanor**    ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.

_____Indictment/_____Information --- based upon prior complaint [**Case number:** _____]

__X__ Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** <u>19-CR-20112</u>    **Judge:** <u>Matthew F. Leitman</u>

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Tyreese Wison | 21 U.S.C. § 843 &<br>21 U.S.C. § 841(a) | 19-MJ-30103 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 22, 2019
<u>                    </u>
Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
WI BAR# 1059889

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013