UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 19-cr-20112-1
Hon. Matthew F. Leitman

D1, DONTESE WOODS,

Defendant.

______________________________________________________________/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 631)**

Now before the Court is a motion by Defendant Dontese Woods for early termination of supervised release. In the motion, Woods seeks early termination on the basis that he has done well so far on supervised release. The Court commends Woods for his progress on supervised release up this point. But the Court is not yet prepared to terminate his supervised release. So the motion is **DENIED**.

Woods has served less than 50% of the term imposed by the Court, and the Court believes that he would continue to benefit from the resources and guidance provided by continued supervision. If Woods continues to do well on supervised

release, he may reapply for early termination at some point during the second half of 2027 – after he has completed meaningfully more than 50% of his imposed term.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126